IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM WILES HORSMAN, III, #110184, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:04cv818-MHT ) |
| SIDNEY T. WILLIAMS, *et al.,* | ) ) |
| Defendants. | ) |

**ORDER**

On 23 October 2006, the Magistrate Judge filed a Recommendation (Doc. #83) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the defendants' motions for summary judgment be and are hereby GRANTED;

3. By separate order, judgment is GRANTED in favor of the defendants;

4. That this case be and is hereby DISMISSED with prejudice; and

5. That costs of this proceeding be and are hereby taxed against the plaintiff.

DONE, this the 16th day of November, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE